1  Thomas P. Bleau, Esq., SBN 152945                                    JS-6
   tbleau@bleaufox.com
2  Martin Fox, Esq., SBN 155783
   mfox@bleaufox.com
3  Gennady L. Lebedev, Esq., SBN 179945
   glebedev@bleaufox.com
4  Megan A. Childress, Esq., SBN 266926
   mchildress@bleaufox.com
5  BLEAU FOX, A P.L.C.
   3575 Cahuenga Blvd., West, Suite 580
6  Los Angeles, California 90068
   Telephone: (323) 874-8613
7  Facsimile: (323) 874-1234

8  Attorney for Plaintiff,
   IN KU LEE
9

10                    **UNITED STATES DISTRICT COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

12  IN KU LEE, an individual;            )  CASE NO: 2:12-cv-08874-PA-VBK
                                         )
13                   Plaintiffs,         )  **ORDER DISMISSING ENTIRE ACTION**
    v.                                   )  **WITH PREJUDICE**
14                                       )
    EXXONMOBIL OIL CORPORATION, a )  Complaint Filed:    October 16, 2012
15  New York corporation, EXXONMOBIL )  District Judge:     Hon. Percy Anderson
    CORPORATION, a New Jersey corporation, )  Dept:            15
16  CIRCLE K STORES, INC., a Texas  )  Magistrate:         Hon. Victor B. Kenton
    corporation and DOES 1 through 10, )  Dept:            590
17  Inclusive;                           )  Trial Date:         Not Set
                                         )
18                   Defendants.         )
    _____)
19
           Having considered the Stipulation of Dismissal of Entire Action With Prejudice by and
20
    between the parties, the Court hereby orders this entire action to be dismissed with prejudice,
21
    pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own
22
    attorneys' fees and costs.
23
     IT IS SO ORDERED.
24

25
    Date: May 16, 2013                              _____
26                                                  Hon. Percy Anderson
                                                    United States District Judge
27

28

---
-1-
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE